# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**189**

**KAH 12-02327**

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, LINDLEY, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK EX REL.
NICHOLAS ROBLES, PETITIONER-APPELLANT,

V                                                                    ORDER

WARDEN ORLEANS STATE PRISON, ET AL.,
RESPONDENTS-RESPONDENTS.

---

STEVEN D. SESSLER, GENESEO, FOR PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (FRANK BRADY OF COUNSEL), FOR RESPONDENTS-RESPONDENTS.

---

Appeal from a judgment (denominated order) of the Supreme Court, Orleans County (James P. Punch, A.J.), entered October 25, 2012 in a proceeding pursuant to CPLR article 70. The judgment converted the petition under CPLR article 70 to one under CPLR article 78 and denied the petition.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  March 21, 2014                          Frances E. Cafarell
                                                  Clerk of the Court